UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.:

| | |
|---|---|
| Bunthoeun Chea, | |
|         Petitioner | |
| Vs. | Petition for Writ of Habeas Corpus |
| | Agency File Number: |
| Brian H. Gillen, Superintendent of the | A 072 359 138 |
| Plymouth MA County Jail, | |
| | |
| and | |
| | |
| Patricia Hyde, Acting Field Office Director, | |
| Immigration and Customs Enforcement, | |
| Enforcement and Removal Operations, | |
| Burlington Massachusetts, | |
|         Respondents | |

## **INTRODUCTION**

1.  This is a petition for a writ of habeas corpus to remedy Immigrations and Customs
    Enforcement ("ICE") and Enforcement and Removal Operations ("ERO") taking into
    custody the above Bunthoeun Chea in Massachusetts on or about 29-Apr-2025. Mr.
    **Chea is a Cambodian man who has a serious criminal history but has lived
    without recidivation since 2006**. Presently, he has been residing with his citizen girl
    friend and his 13 year old son in Dracut Massachusetts.

2.  Mr. Chea prior to his seizure engaged experienced criminal counsel to seek post
    conviction relief in his only drug convictions. **It is counsel and criminal counsel
    opinion that he was unfairly and without substantial basis convicted**. Further,
    examining Mr. Chea's Immigration Court history, it appears that **there was never a
    hearing and Mr. Chea never had the benefit of counsel in his immigration court
    removal hearing.** No Respondent Pleadings were ever filed, there was no appearance
    of counsel and no appeal. **The charging document was without any date or time
    for hearing in Immigration Court**.

3.      The Petitioner has been working and has a stable place to live. I offer he is neither a
        flight risk or a threat to any person or the community in general. **His last criminal**
        **act was an operating while intoxicated in 2006**. I offer that his detention is
        unlawful and unjust.

## PARTIES

4.      Petitioner Buthhoeun Chea is Cambodian man who is presently in the Plymouth
        County Jail in immigration detention. His present address is 26 Long Pond Road,
        Plymouth MA 02360. But for the present detention, he **resides and is domiciled in**
        **Eastern Massachusetts**.

5.      Respondent **Patricia Hyde is the Acting Field Office Director of Immigrations**
        **and Customs Enforcement and Removal Operations in Burlington**
        **Massachusetts**. She is responsible for the direction of many workers within
        Enforcement and Removal Operations in Massachusetts. **Patricia Hyde assigned the**
        **location of custody of the Petitioner and is a Jailer of fact**. (It is our belief that
        Burlington ERO has designated Mr. Chea's place of custody as the Plymouth County
        Jail in Massachusetts.

6.      The immediate jailer of the Plaintiff is Superintendent Brian H Gillen of the
        Plymouth County Jail. His service address is 26 Long Pond Road, Plymouth MA
        02360. **He is the immediate jailer of the Petitioner-Plaintiff Chad Antonio**
        **Thomas**.

## JURISDICTION AND VENUE

7.      The Court has jurisdiction pursuant to 28 U.S.C. § 2241.

8.      Venue lies in the District of Massachusetts because Bunthoeun Che's
        Immediate jailer is currently within the Commonwealth of Massachusetts.

## FACTS

9.  Petitioner Bunthoeun Chea is an alien that has been living and working in the Commonwealth of Massachusetts since 2006 without criminal activities. He resides with his US Citizen girlfriend and his 13 year old son.

**Risk to the Community or persons**

10. The Petitioner has been living in the community for over 19 years without any incident.

**Risk of Flight**

11. Petitioner has a job and ties to the community including a son and a US Citizen girl friend that he resides with. He has been in the United States for over 30 years.

## CLAIM FOR RELIEF

### Count 1 – Writ of Habeas Corpus

12. The Petitioner has ties to the community and is not a threat to any person. He has not been criminally convicted since 2006. He is entitled to be free.

13. The taking into Custody by ICE is without new probable Cause and deprives the Petition of his freedom.

14. Further Detention of the Petitioner is without new probable cause and contrary to the Petitioner's Constitutional rights for liberty and due process.

## PRAYER FOR RELIEF

Wherefore, Petitioner asks this Court to Grant the following relief:

a.  An order prohibiting the Petitioner continuing in custody and prohibiting him from being taken from Massachusetts.

b.  A writ of habeas corpus ordering that Petitioner be released forthwith;

c.  That he has unfettered access to counsel, before and during any interviews as required by the INA, 5 USC 555(b).

d.  Attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and 5 U.S.C. § 504 *et seq.,* if applicable; and

e.  Any other relief this Court deems just and proper.

Respectfully submitted
Attorney for the Petitioner

/s/ Thomas Stylianos, Jr

Thomas Stylianos, Jr. ( MA BBO #565941)
Law Office of Thomas Stylianos
287 Appleton Street # 205
Lowell MA 01852
Tel: 978-459-5000, Fax: 978-459-3079, Email: tom@stylianoslaw.com
Dated: 04/29/2025