UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BUNTHOEUN CHEA,<br><br>        Petitioner,<br><br>v.<br><br>BRIAN H. GILLEN, Superintendent of the Plymouth MA County Jail,<br>PATRICIA HYDE, Acting Field Office Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, Burlington Massachusetts,<br><br>        Respondents. | Civil Action No. 1:25-CV-11169-LTS |

**RESPONDENT'S SUPPLEMENTAL RESPONSE IN OPPOSITION TO PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C § 2241**

Respondents, by and through their attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, respectfully submit this supplemental response to the Petitioner's Petition for Writ of Habeas Corpus filed by the Petitioner pursuant to 28 U.S.C. §2241 ("Petition"), pursuant to the Court's Electronic Order of May 14, 2025.[1]

---

[1] The Court's Electronic Order stated as follows: "The Court has reviewed the respondent's answer to the petition. By May 21, 2025, the respondent shall supplement the answer with the following information: 1) a description of any immigration proceedings or administrative requests by the petitioner now pending in which either challenges are presented to the order of removal or relief from removal is sought, and the current status of any such proceedings or requests; and 2) the basis for the statement "that ICE has been removing" noncitizens "to Cambodia," Doc. No. 10-1 at 3, and for the declarant's awareness of that fact. The petitioner may file a reply to the respondent's answer, up to fifteen pages in length, by May 28, 2025."  (ECF 11).

1

### A. Pending Immigration Proceedings or Administrative Requests

As noted earlier in Respondents' Memorandum in Opposition to the Petition ("Memo in Opp."), the Petitioner waived his right to appeal the Immigration Court's March 20, 2003, order of removal. (Memo in Opp. At 3 (citing Chan Declaration ¶ 10)).

In response to this Court's inquiry, Assistant Field Office Director Keith M. Chan submits the attached second Declaration ("Chan Second Decl") (Exhibit A). AFOD Chan states that he has "examined the official records available to [him] regarding the immigration history and custody status of ("Petitioner") Bunthoeun Chea." (Chan Second Decl. ¶ 4). AFOD Chan has also discussed this case internally with Officers within his office. Id.

AFOD Chan notes that the Petitioner entered ICE custody on April 29, 2025, (Chan Second Decl. ¶ 5), and that the Petitioner was detained pursuant to 8 U.S.C. § 1231(a), given that he is subject to a final order of removal. (Chan Second Decl. ¶ 6). AFOD Chan has reviewed the Court's May 14, 2025 Order, (Chan Second Decl. ¶ 7), and he has made efforts to review immigration proceedings and administrative requests by the Petitioner, which either challenges the order of removal or requests relief from removal. (Chan Second Decl. ¶ 8).

Notably, AFOD Chan reviewed EARM, PLAnet for evidence of filings in immigration court, and he reviewed the website for the Board of Immigration Appeals. He also reviewed ICE systems for indication that filings have been made by the Petitioner to United States Citizenship and Immigration Services. (Chan Second Decl. ¶ 8).

Having undertaken these reviews, AFOD Chan has been unable to locate immigration proceedings and administrative requests by the Petitioner, which either challenges the order of removal or requests relief from removal.

B. **Removal of Noncitizens to Cambodia**

AFOD Chan states: "Given my duties and responsibilities as an AFOD, I am generally aware that ICE has been removing aliens to Cambodia. I have reviewed ICE records concerning removal dates and countries of removal. In 2024, ICE removed twenty (20) aliens to Cambodia. In 2025, ICE has removed twenty-six (26) aliens to Cambodia." (Chan Second Decl. ¶ 9).

|  |  |
|---|---|
|  | Respectfully submitted, <br><br> LEAH B. FOLEY <br> United States Attorney |
| Dated: May 21, 2025 | By:  /s/ Shawna Yen <br> Shawna Yen <br> Assistant U.S. Attorney <br> U.S. Attorney's Office <br> John J. Moakley U.S. Courthouse <br> 1 Courthouse Way, Suite 9200 <br> Boston, MA  02210 <br> Tel.: 617-748-3100 <br> Email: Shawna.Yen@usdoj.gov |

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  May 21, 2025        By:    /s/ Shawna Yen
                                   SHAWNA YEN
                                   Assistant United States Attorney